**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*March 15, 2017*

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | Criminal No. |
| v. § | |
| STEPHEN E. STOCKMAN § | FILED UNDER SEAL |
| § | H17-0331M |

## MOTION TO SEAL CRIMINAL COMPLAINT, ENTER WARRANT IN NCIC

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the United States of America, by and through its Acting United States Attorney, Abe Martinez, and Melissa Annis, Assistant United States Attorney for the Southern District of Texas, and respectfully makes the following requests:

I.

The United States respectfully requests the Court to seal the Criminal Complaint, the Motion, and the accompanying Order in the above case because the Complaint contains information regarding an ongoing criminal investigation and public exposure of the information could compromise the case and the arrest of the defendant. The United States further moves that this Complaint, Motion, and the accompanying Order be sealed until the defendant has been arrested, at which time the Complaint, Motion, and Order will automatically be unsealed without further order of the Court.

II.

The United States also respectfully requests the Court to enter an order directing the United

1

States Marshal's Service for the Southern District of Texas to enter the Warrant for Arrest of the above defendant into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

III.

The United States further requests that the United States District Clerk provide copies of any documents relating to the above Criminal Complaint, including certified copies of the Complaint and Arrest Warrant, to the United States Attorney's Office for the Southern District of Texas and the investigating law enforcement agencies upon their request and without further order of the Court.

Respectfully Submitted,

ABE MARTINEZ
Acting United States Attorney

By: _____ for:
Melissa Annis
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana Street
Houston, TX 77002
Phone: 713-567-9000
Fax: 713-718-3301